UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAGHVENDRA SINGH,<br><br>    Petitioner,<br><br>  v.<br><br>C. PFEIFFER,<br><br>    Respondent. | No. 2:21-cv-01731-TLN-JDP<br><br>**ORDER** |

Petitioner, a state prisoner proceeding *pro se*, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On December 3, 2021, the magistrate judge filed findings and recommendations herein which were served on Petitioner and which contained notice to Petitioner that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 10.) Petitioner has filed objections to the findings and recommendations. (ECF No. 13.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

After the magistrate judge filed findings and recommendations, Petitioner submitted two

additional motions. The first requests reinstatement of his habeas petition or, in the alternative, conversion of this case into a section 1983 civil rights action. (ECF No. 11.) That motion is DENIED. If Petitioner wishes to pursue habeas relief in this action, he should follow the magistrate judge's instruction to file an amended petition. (ECF No. 8.) If he would rather pursue a civil rights action, he may file a complaint and tender the appropriate filing fee.

Petitioner also filed a second motion requesting "urgent release." (ECF No. 12.) The Court has reviewed it and finds that it should be DENIED for the same reasons as its predecessor.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed December 3, 2021, are adopted in full; and

2. Petitioner's motions for urgent release or transfer, (ECF Nos. 9 & 12), are DENIED without prejudice.

3. Petitioner's motion to reinstate his habeas petition or convert to a civil rights complaint, (ECF No. 11), is DENIED.

DATE: January 24, 2022

Troy L. Nunley
United States District Judge