UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAGHVENDRA SINGH,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>C. PFEIFFER,<br><br>　　　　　　Respondent. | Case No. 2:21-cv-01731-TLN-JDP (HC)<br><br>ORDER DISCHARGING THE JANUARY 27, 2022 ORDER TO SHOW CAUSE<br><br>ECF No. 16 |

　　　For good cause shown, the court's January 27, 2022, order to show cause, ECF No. 16, is discharged.

IT IS SO ORDERED.

Dated: 　February 18, 2022　　　　　　　　　　　／s／ Jeremy Peterson
　　　　　　　　　　　　　　　　　　　　　　　JEREMY D. PETERSON
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE