1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

EASTERN DISTRICT OF CALIFORNIA

10

11   RAGHVENDRA SINGH,                    Case No.  2:21-cv-01731-TLN-JDP

12                  Petitioner,

13        v.                             **ORDER**

14   CHRISTIAN PFEIFFER,

15                  Respondent.

16

17        Petitioner, proceeding *pro se*, has filed this application for a writ of habeas corpus

18   pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge

19   pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20        On November 30, 2022, the magistrate judge filed findings and recommendations herein

21   which were served on all parties and which contained notice to all parties that any objections to

22   the findings and recommendations were to be filed within fourteen days.  Petitioner has filed

23   objections to the findings and recommendations.

24        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this

25   Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the

26   Court finds the findings and recommendations to be supported by the record and by proper

27   analysis.

28

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed November 30, 2022, are ADOPTED IN FULL;

2. Respondent's motion to dismiss (ECF No. 28) is GRANTED and the petition is DISMISSED under the abstention doctrine in *Younger v. Harris*, 401 U.S. 37 (1971);

3. The Clerk of Court is directed to close this case; and

4. The Court declines to issue the certificate of appealability referenced in 28 U.S.C. § 2253.

**DATED:  January 30, 2023**

Troy L. Nunley
United States District Judge